"B"

## DECLARATION OF CARLO ROMANI

Pursuant to Title 28 U.S.C. § 1746(1), I, Carlo Romani, declare under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge.

1. I am employed as Chief Executive Officer of Selip S.p.A..

2. Selip S.p.A. ("Selip") will submit to the jurisdiction of the courts of Poland for purposes of this action, and our counsels of record, Goldberg Segalla LLP, will accept service of process on our behalf.

3. Additionally, Selip will produce relevant documents and make witnesses available for deposition in Poland.

4. Furthermore, Selip will also agree to participate in reasonable, relevant and non-privileged discovery in Poland, to the extent that such discovery is required and proper.

Executed in Fontanellato (Parma), Italy, on April 14th, 2015.

_____
Carlo Romani
*Chief Executive Officer*
**Selip S.p.A.**
Via Provinciale, 36
I - 43012 Fontanellato (PR) - Italy

3614198.1