# EXHIBIT I

1       What test would need to be performed to
2  make that determination as to whether there was
3  glass tying the flange to the pipe?
4  A.      There are many tests.  I'm not in the
5  position to tell you exactly the specification of
6  those tests.
7  Q.      Do you know whether ZAP had performed any
8  of those tests at this time?
9  A.      As far as I know, based on my knowledge,
10 they did not.
11 Q.      Okay.  Was there supposed to be glass tying
12 the flange to the pipe, glass reinforcement tying
13 the flange to the pipe?
14 A.      Yes.
15 Q.      Was that glass reinforcement present in
16 Selip's piping and flange?
17 A.      As far as I know, yes.
18 Q.      How do you know that?
19 A.      It's the first elementary element that you
20 have to apply to manufacturer flanges.
21 Q.      The last sentence of your email says:
22 Please be informed that Selip will not provide any
23 further support on-site until the previous
24 interventions and invoices will be fully paid.

1       What were those invoices for?
2  A.      When Mrs. Devine were looking for
3  intervention and assistance, Mr. Pedrazzi said,
4  okay, we can give you all the assistance and support
5  that you need.  And we went to ZAP.  The assumption
6  was that Marsulex would have been paid for that
7  intervention.  And later on the facts reveal that
8  was a wrong assumption, especially once we
9  identified issues not related to our
10 responsibilities.
11 Q.      So it's your understanding if there's a
12 problem caused by Selip then Selip had to pay for
13 the intervention, but if it was a problem caused by
14 Marsulex or the end-user then Marsulex or the
15 end-user had to pay for that?
16 A.      Sure.  It already happened at the very
17 beginning, they paid for everything.
18 Q.      So those invoices were for this April --
19 the expense and cost associated with that April 2014
20 visit?
21 A.      Yeah.
22 Q.      Okay.  Turning to the last attachment here,
23 this MET document dated May 9, 2014, MET comments to
24 Selip's final report dated April 11, 2014; do you

1  see that?
2  Q.      Did you review those comments that Marsulex
3  had to the Selip report?
4  A.      I walked through those comments, but
5  nothing more than that.
6  Q.      Okay.  Did Selip ever respond to Marsulex's
7  comments?
8  A.      As far as I remember, no, simply because we
9  stated to them that once MET refused or rejected to
10 pay our assistance and support we were not obliged
11 to continue this conversation, especially because --
12 yeah, again, our work and our intervention was not
13 being recognized.
14 Q.      Okay.  On the first page of this report it
15 starts by excerpting some statements from the Selip
16 report about picture 7 and picture 8; do you see
17 that on page 1 of 4 of this report?
18      And there's some photos below that, Photo A
19 and B.  Are those two photos of the same
20 modification that was depicted in pictures 7 and 8
21 of the Selip report?
22 A.      I have no idea.
23 Q.      Okay.  In the third sentence, maybe the
24 fourth sentence of the MET comments in red, it says:

1  As can be seen in Photo A, the support was lifted by
2  approximately 20 millimeters during operation.
3       Were you aware that this support was
4  lifting during operation?
5           MR. BROPHY:  I'll object to the
6       foundation of the question.
7           You can answer, Mr. Romani.
8           THE WITNESS:  Can you repeat that
9       question?
10 BY MR. COE:
11 Q.      Do you know whether or not this support was
12 lifting during operation?
13 A.      We don't know.  It's not something about
14 our scope of work here.  It's not about our
15 business.  Again, the operations and the running
16 details concerning equipment is not about our scope
17 of work.
18 Q.      Right.  You don't know one way or another
19 whether this was lifting during operation?
20 A.      No.
21 Q.      Okay.  It goes on to say:  The tie rods in
22 the discharge expansion joint restricted the support
23 from lifting any higher.  The uplift restraints
24 shown in picture 8 were added to prevent lifting of



1  responsible for.
2  Q.    Do you know whether that visibility was
3  provided here?
4  A.    No.  As far as I know, based on my
5  knowledge and based on the limitation that we run
6  through so far, Selip was entitled to the
7  manufacturing of the FRP components only.
8  Q.    And the next sentence MET states:  The
9  maximum pressure in the suction pipe occurs the
10 instant after the pump is shut down due to the
11 discharge column of liquid pressurizing the suction
12 pipe in excess of normal suction operating pressure.
13        Do you have any basis to dispute that
14 statement?
15 A.    No.  It's not about our business.  We have
16 no idea what the process is and we're not interested
17 to know anything about the process.
18 Q.    Okay.  MET goes on in the next sentence:
19 It must be noted that when pump A was shut down
20 there was no additional movement or vibration of the
21 piping versus operation.
22        Do you have any basis to dispute that
23 statement that there was no additional vibration
24 during shutdown?

1  A.    No, I have no idea.
2  Q.    All right.  We can put that one aside.
3         (At this time, a document was
4         marked for identification as Exhibit
5         Romani-11.)
6  BY MR. COE:
7  Q.    Mr. Romani, I've just handed you a document
8  we marked as Exhibit-11.  It's a June 3, 2014 email
9  from Ms. Devine to you, with the Subject C2064 ZAP
10 Project, Evaluation of Technical External Recycle
11 Piping of FRP - Serious Failure.  Do you recognize
12 this document?
13 A.    Sure.  Yes, I do.
14 Q.    There are a number of pictures attached to
15 it.  Did you look at those pictures when you
16 received this email?
17 A.    What?
18 Q.    Did you look at the pictures when you got
19 the email?
20 A.    Yes, absolutely.
21 Q.    What was your reaction when you saw these
22 pictures?
23 A.    To be honest, I was smiling.
24 Q.    Why were you smiling?

1  A.    I've never seen in my career or actually
2  even in a movie an explosion where there is
3  crystal-clean floor, there is no drop of water,
4  there's no drop of the slurry product within the
5  pipe.  Everything is positioned properly.  And it's
6  really unusual to see an FRP equipment damaged so
7  seriously in this way.  Even about the building's
8  damages.  I'm not an expert about dynamics of
9  explosion, but I see unlikely, based on my opinion,
10 that the building can be damaged by the pressures
11 applied on FRP equipment mentioned within the
12 Marsulex specifications.  Certainly this kind of
13 incident might happen if you apply ten times
14 pressure or three times pressure on the piping.  It
15 could be.  I have no idea.
16 Q.    Do you think the customer staged this
17 somehow to make it look like there was an explosion
18 when there wasn't one?
19 A.    Are you asking me an opinion on what
20 happened?
21 Q.    Yes.
22 A.    We debated a lot on what happened.  And we
23 really believed in the good faith of the end-user.
24 And most likely we are not in the position to say

1  that the explosion doesn't happen, but we, and
2  myself and all the most expert folks that we have
3  within the company, we ended up that such kind of
4  explosion could happen only if you are running a
5  trial with air, not with product, within the piping,
6  and exceeding the running pressure you got such
7  outcomes.  That's the only explanation that we
8  provide ourselves.
9  Q.    Why do you call it an explosion?
10 A.    What?
11 Q.    Why do you call it -- you use the word
12 explosion to describe this.  Why do you call it --
13 A.    Looking at the building's damages it looks
14 like an explosion.
15 Q.    Why do you say the picture of the building
16 looks like an explosion?
17 A.    Well, something has been through -- a way
18 through the walls of the buildings and damages the
19 walls.  It appears like that.  I'm not sure whether
20 it happened or not.
21 Q.    So it's just based on the way the walls
22 look, you think that suggests there was an
23 explosion?
24 A.    Sure.  Or at least that's the explanation



Page 114

1    my assumption is that yes.
2    Q.    Is that assumption based on anything other
3    than the belief that Selip follows its procedures?
4    A.    Yes, sir.  Within roughly 60 years Selip
5    never had such claims and nobody from the Selip
6    management board has never be attending deposition
7    in U.S. or wherever in the world.  So it means that
8    we tend to follow procedures concerning FRP, even
9    because otherwise we will not be in the market after
10   60 years.
11   Q.    Anything else that that belief or
12   assumption is based upon?
13   A.    No, except the level of expertise that I
14   have seen while I'm a Selip representative
15   associate.
16   Q.    Anything else?
17   A.    No.
18   Q.    Okay.  I just keep on going.
19   A.    Yeah.
20   Q.    But is it also your opinion that even if
21   that woven roving layer had not continued through
22   the hub that the FRP piping that Selip supplied
23   still would have met the performance requirements?
24   A.    Yes.

Page 115

1    Q.    What is that opinion based on?
2    A.    The opinion is based on some calculations
3    that our engineering made as, you know,
4    brainstorming activities in order to see whether
5    that could happen.  And we ended up with the
6    conclusion that in the unlikely case that happened,
7    with the thickness of woven roving present on the
8    flange, with the bar pressure mentioned within the
9    Marsulex specification, the flanges could resist
10   anyway.
11   Q.    Do you save those calculations?
12   A.    I've seen those calculations, yes.
13   Q.    Have you produced them to your attorney?
14   A.    No.
15         MR. COE:  We'll follow up with
16      some requests.
17         MR. BROPHY:  I'm sure you will,
18      probably before I get home.
19         MR. COE:  No, I'm not that
20      excited.
21         MR. BROPHY:  Before Carlo gets
22      home.
23   BY MR. COE:
24   Q.    Let's turn back to page 10.  At the very

Page 116

1    bottom of page 10 there's a statement that says:
2    The Selip drawing indicates a flange made integrally
3    in one piece, with many of the layers in the flange
4    continuing into the hub and neck of the flange.
5         Do you agree with that statement?
6    A.    Yes.
7    Q.    Okay.  Not the next sentence but the
8    sentence after that says:  Flange F0 is made by
9    laying up the flange and hub layers directly onto a
10   piece of straight pipe that had been previously
11   fabricated.
12         Do you agree with that statement?
13         MR. BROPHY:  I'm trying to find
14      what flange F0 refers to myself.
15         MR. COE:  Go back to page 6.  It
16      walks through what sample a flange F0 is.
17         MR. BROPHY:  Thank you.
18         THE WITNESS:  Yes, I agree.
19   BY MR. COE:
20   Q.    Turn to page 15, at the bottom it talks
21   about Samples of Flange F2 and F3; do you see that?
22   A.    Yup.
23   Q.    It says:  The flanges at F2 and F3 are laid
24   up onto prefabricated elbows and in a different

Page 117

1    manner than those laid up onto the straight filament
2    wound pipe.  The most significant difference is that
3    the substrate elbow does not extend fully to the
4    flange face as the filament wound pipe does on
5    flanges F0, F1 and F4.  For some reason the flange
6    was not laid up directly on the end of the elbow,
7    but rather a small length of straight filament wound
8    pipe was inserted as a filler at the end of the
9    elbow effectively extending the elbow center-to-end
10   length by 80 to 90 millimeters.  The short length of
11   tapered pipe can be seen in all of the following
12   photos.
13         Do you agree with that statement that there
14   was a small length of straight filament wound pipe
15   inserted as a filler at the end of the elbow?
16   A.    Yes.
17   Q.    Do you know why that short length of pipe
18   was inserted?
19   A.    I'm not familiar with this manufacturing
20   procedure.  I can only get there through thought
21   process and assumption, but nothing...
22   Q.    Is that something that would have been
23   called for by the drawings or the specifications?
24   A.    No, I don't know.

MAGNA
LEGAL SERVICES