# EXHIBIT J

| | |
|---|---|
| **From:** | Coe, Richard E. |
| **To:** | Michael D. Brophy |
| **Cc:** | Michelen, Lucas B. |
| **Subject:** | Selip v. MET Discovery |
| **Date:** | Thursday, May 31, 2018 4:58:46 PM |

Mike,

Following up on our phone conversation today, we are concerned based on our review of your client's production and the deposition of your client's CEO, Carlo Romani, that Selip has not complied with its discovery obligations. Our review of Selip's most recent production only revealed four documents that had not been previously produced, all of which were already in MET's possession. Three of the documents were emails exchanged between Selip and MET, and the fourth was a report from the Central Mining Institute distributed by ZAP to both MET and Selip. The production did not come close to complying with the Court's April 13, 2018 Order requiring Selip to produce all documents requested by MET.

That deficiency was confirmed at Mr. Romani's deposition. Among other things, it was revealed for the first time that; (1) Selip conducted an internal investigation of the FRP piping failure and produced at least one report (my recollection is that Mr. Romani acknowledged that there may have been more than one investigation and/or report), and (2) Selip performed calculations related to the strength of the FRP Piping after the failure. We do not believe either of these documents were produced. The first document would be responsive to MET's request for "any documents relating to Selip's investigation of the June 2010 FRP piping failure" (RPD #1), and the second document would be responsive to MET's request for "all documents identifying any and all calculations related to the June 2010 FRP piping" (RPD #7). It was our impression based on Mr. Romani's testimony and our review of Selip's production that Selip has withheld all internal communications related to this dispute with ZAP and MET, which is clearly inappropriate in federal litigation in the United States. I appreciate that you are new to the case and have tried to advise Selip of its discovery obligations but, to date, those efforts have been insufficient. We would ask that Selip immediately produce the following categories of documents:

1. All internal communications related to the FRP Piping manufactured for ZAP, including but not limited to, internal communications relating to the failure of the FRP piping;

2. All documents related to any investigations conducted by Selip of the FRP piping in the ZAP Plant, including any reports related to the cracks in the piping or the piping's failure;

3. All documents related to any calculations Selip performed after the failure of the FRP Piping, including but not limited to calculations related to the replacement of woven roving layers with mat layers;

4. All quality assurance records related to FRP piping manufactured for ZAP, including but not limited to any documents relating to the design, manufacture, operation or failure of the piping;

5. Any documents related to issues raised by customers or customer complaints related to FRP

Piping, including but not limited to, the records of these communications maintained by Selip's quality management or assurance personnel; and

6.  All communications with Selip's insurer, including but not limited to, the claim Selip made and all emails Selip received from its insurer in response.

These requests are urgent as MET needs these documents before conducting depositions and drafting its expert report, currently due on July 13, 2018.  Please let us know ASAP when they will be produced.  Also, as we discussed, we would like to substitute the deposition of Giuseppe Alfiero for the deposition of Marco Pedrazzi.  Please let us know when Mr. Ferrari and Mr. Alfiero will be available for depositions and whether they will require an interpreter.  We are hopeful that we can work out any scheduling issues without court intervention.

Regards,
Rick


Richard E. Coe
**Drinker Biddle & Reath LLP**
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
(215) 988-3393 *office*
(215) 988-2757 *fax*
Richard.Coe@dbr.com
www.drinkerbiddle.com