# EXHIBIT K

| | |
|---|---|
| **From:** | Coe, Richard E. |
| **To:** | Mike Brophy |
| **Cc:** | Michelen, Lucas B. |
| **Subject:** | RE: MET vs. Selip |
| **Date:** | Thursday, June 7, 2018 10:17:26 AM |

Mike,

I have still not received a response to my email last week requesting additional documents and dates for depositions.  As we discussed last week, those requests are more urgent given that our expert report is due in July, and those documents should be produced and those depositions should proceed before the Marsulex deposition.  We will have to send a similar letter to the court tomorrow if a schedule is not in place for Selip's supplemental production and remaining depositions.

Rick

**From:** Mike Brophy <mikebroph@gmail.com>
**Sent:** Thursday, June 7, 2018 10:09 AM
**To:** Coe, Richard E. <Richard.Coe@dbr.com>
**Cc:** Michelen, Lucas B. <Lucas.Michelen@dbr.com>
**Subject:** MET vs. Selip

Good morning Rick,

   Please allow this message to confirm my recent requests that your client provide dates for our Rule 30 (b)(6) deposition.  I will need to send a letter to the Court if we cannot set a firm date by close of business on Friday, June 8th.

   As always, I look forward to hearing from you.

Regards,
   Mike

**Michael David Brophy, Attorney & Counselor at Law**
**P. O. Box 13326**
**Philadelphia, PA  19104**
**215.510.6839**

**Mikebroph@gmail.com**