# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARSULEX ENVIRONMENTAL TECHNOLOGIES, | : | **CIVIL NO.: 1:15-CV-00269** |
| | : | |
| Plaintiff, | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| SELIP S.P.A., | : | |
| | : | |
| Defendant. | : | |

## ORDER
October 5, 2018

In consideration of Plaintiff's September 13, 2018 letter and Defendant's September 24, 2018 response, **IT IS ORDERED** that Plaintiff's request for permission to file a motion for sanctions is **DENIED** without prejudice. All deadlines in this case remain unchanged and are repeated below. If the parties wish to continue with settlement discussions before Judge Martin C. Carlson, they should inform the court as such.

(1) Expert Reports:  By the plaintiff: **September 11, 2018**
  By the defendant: **October 9, 2018**
  Supplements: **November 6, 2018**

(2) Close of Expert Discovery: **November 23, 2018**

(3) Plaintiffs Conduct Final Two Depositions: **December 7, 2018**

(4) Dispositive Motions and Supporting Briefs Due:     **December 21, 2018**

(5) All Pretrial and Trial Deadlines:     **To Be Determined**

*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge